DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

JUAN CARLOS CASTANON, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1030

———————————————

August 30, 2024

Appeal from the Circuit Court for Sarasota County; Donna M. Padar, Judge.

Howard L. Dimmig, II, Public Defender, and Kimberly Nolen Hopkins, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and CASANUEVA and MORRIS, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.